**UNITED STATES BANKRUPTCY COURT**
SOUTHERN **DISTRICT OF** NEW YORK
MANHATTAN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| TRANSCARE NEW YORK, INC., | § | Case No. 16-10408 (DSJ) |
| | § | |
| Debtor(s)                    § | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that SALVATORE LAMONICA, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

One Bowling Green
New York, NY 10004

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held via ZOOM on **April 14, 2026 at 10:00 a.m.**, before the Honorable David S. Jones, United States Bankruptcy Judge, Southern District of New York. Any party appearing at, listening to, or observing the Hearing must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Jones' page of the Court's website at Judge David S. Jones | Southern District of New York | United States Bankruptcy Court. Appearances must be entered on or before 4:00 p.m. prevailing Eastern Time one business day prior to the hearing. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

Date Mailed: March 11, 2026

By: */s/ Salvatore LaMonica*
Trustee

*SALVATORE LAMONICA*
*3305 JERUSALEM AVENUE*
*WANTAGH, NY 11793*

**UST Form 101-7-NFR (10/1/2010)** *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| TRANSCARE NEW YORK, INC. | § | Case No. 16-10408 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,359,191.13 |
| and approved disbursements of | $ | 6,425,198.82 |
| leaving a balance on hand of[1] | $ | 933,992.31 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Salvatore Lamonica | $         240,359.02 | $            0.00 | $         240,359.02 |
| Attorney for Trustee Fees: LAMONICA HERBST & MANISCALCO, LLP | $         115,466.50 | $            0.00 | $         115,466.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 355,825.52 |
| Remaining Balance | $ | 578,166.79 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,284,238.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 54 | Milea Associates I, Llc & Milea Associates Ii Llc | $ 0.00 | $ 0.00 | $ 0.00 |
| 1 | Michael Dupont | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | John Henderson | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | Emigdia Alomar | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | Elsie Torres | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | Eric Hammermeister | $ 0.00 | $ 0.00 | $ 0.00 |
| 10 | Rebecca Li | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | Dioeval Martinez Jr | $ 0.00 | $ 0.00 | $ 0.00 |
| 12 | Shannan Greaves | $ 0.00 | $ 0.00 | $ 0.00 |
| 13 | Carlos Sosa | $ 0.00 | $ 0.00 | $ 0.00 |
| 15 | Valentin Mena | $ 0.00 | $ 0.00 | $ 0.00 |
| 16 | Miriam Mena | $ 0.00 | $ 0.00 | $ 0.00 |
| 17 | Michelle Colon | $ 0.00 | $ 0.00 | $ 0.00 |
| 19 | Pesach H S Zirkind | $ 0.00 | $ 0.00 | $ 0.00 |
| 20 | Ivan Figueredo | $ 0.00 | $ 0.00 | $ 0.00 |
| 21 | Patrick Lombardo | $ 0.00 | $ 0.00 | $ 0.00 |
| 25 | Yevgeniy Pyatosin | $ 0.00 | $ 0.00 | $ 0.00 |
| 26b 507a4 | Elaine E. Daly | $ 0.00 | $ 0.00 | $ 0.00 |
| 27 | Jeffrey M. Bailey | $ 0.00 | $ 0.00 | $ 0.00 |
| 30 | Michael Moriarty | $ 0.00 | $ 0.00 | $ 0.00 |
| 34 | Dan K. Morhaim | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 35 | Brittany Schultz | $ 0.00 | $ 0.00 | $ 0.00 |
| 38 | Vito Lukats | $ 0.00 | $ 0.00 | $ 0.00 |
| 41 | Lyudmila Braverman | $ 0.00 | $ 0.00 | $ 0.00 |
| 42 | Metaga Coulibaly | $ 0.00 | $ 0.00 | $ 0.00 |
| 43 | Vyacheslav Shchensek | $ 0.00 | $ 0.00 | $ 0.00 |
| 44 | Yelena Serbinenko | $ 0.00 | $ 0.00 | $ 0.00 |
| 10a | Rebecca Li | $ 0.00 | $ 0.00 | $ 0.00 |
| 19 | Pesach H S Zirkind | $ 0.00 | $ 0.00 | $ 0.00 |
| 26a 507a5 | Elaine E. Daly | $ 0.00 | $ 0.00 | $ 0.00 |
| 45 | Judith Hilton Expense | $ 0.00 | $ 0.00 | $ 0.00 |
| 65a | Elaine E. Daly | $ 0.00 | $ 0.00 | $ 0.00 |
| 26a 507a7 | Elaine E. Daly | $ 0.00 | $ 0.00 | $ 0.00 |
| 31a Priority | Department Of The Treasury | $ 1,079,432.68 | $ 0.00 | $ 485,962.89 |
| 32 | State Of New York, Dept Of Labor | $ 0.00 | $ 0.00 | $ 0.00 |
| 47 | Michael O. Young | $ 0.00 | $ 0.00 | $ 0.00 |
| 55 | State Of New York, Dept Of Labor | $ 193,684.21 | $ 0.00 | $ 87,197.04 |
| 58 | New York State Department Of Taxation & Finance | $ 769.19 | $ 0.00 | $ 346.29 |
| 65 | Elaine E. Daly | $ 0.00 | $ 0.00 | $ 0.00 |
| 69 | Elizabeth Sanger | $ 0.00 | $ 0.00 | $ 0.00 |
| 70 | Matthew Ferri | $ 0.00 | $ 0.00 | $ 0.00 |
| 72 | Susanne Townsend-Soriano | $ 0.00 | $ 0.00 | $ 0.00 |
| 81 | Nys Department Of Transportation | $ 275.00 | $ 0.00 | $ 123.81 |
| 83 | The State Of New Jersey- Division Of Taxation | $ 10,077.16 | $ 0.00 | $ 4,536.76 |

Total to be paid to priority creditors          $          578,166.79

Remaining Balance                                       $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $110,050,537.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Anthony Albaladejo | $ 0.00 | $ 0.00 | $ 0.00 |
| 7 | David Mader | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 | Benjamin Aviles | $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | John Foerst | $ 0.00 | $ 0.00 | $ 0.00 |
| 14 | Marco Palacios | $ 0.00 | $ 0.00 | $ 0.00 |
| 18 | Ilia-Aurora Lebron | $ 0.00 | $ 0.00 | $ 0.00 |
| 22 | Nys Department Of Labor | $ 0.00 | $ 0.00 | $ 0.00 |
| 23 | Kevin P. Kelly | $ 0.00 | $ 0.00 | $ 0.00 |
| 24 | Southern Wine & Spirits Of America | $ 0.00 | $ 0.00 | $ 0.00 |
| 28 | Fleetcor Technologies | $ 25,729.88 | $ 0.00 | $ 0.00 |
| 29 | Yolaine Popotte | $ 0.00 | $ 0.00 | $ 0.00 |
| 33 | James Harrington | $ 336.00 | $ 0.00 | $ 0.00 |
| 36 | City Of New Rochelle | $ 43,537.67 | $ 0.00 | $ 0.00 |
| 37 | Consolidated Edison Company Of New York, Inc | $ 32,741.52 | $ 0.00 | $ 0.00 |
| 39 | Gilbert Yeye | $ 2,000,000.00 | $ 0.00 | $ 0.00 |
| 40 | Safety-Kleen/Clean Harbors | $ 2,402.88 | $ 0.00 | $ 0.00 |
| 46 | Jasmine Edward As Administrator | $ 20,000,000.00 | $ 0.00 | $ 0.00 |
| 48 | Carmen Pagan | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 49 | Jessica Van Ord | $ 0.00 | $ 0.00 | $ 0.00 |
| 50 | Aetna, Inc. | $ 1,427.86 | $ 0.00 | $ 0.00 |
| 51 | Ace Enterprise & Sales Corp | $ 32,884.99 | $ 0.00 | $ 0.00 |
| 52 | Piedad Angamarca | $ 0.00 | $ 0.00 | $ 0.00 |
| 53 | Judy Craig As Adoptive Mother Of M.C. | $ 0.00 | $ 0.00 | $ 0.00 |
| 54a | Milea Associates I, Llc & Milea Associates Ii Llc | $ 296,907.10 | $ 0.00 | $ 0.00 |
| 56 | Paul Ajlouny & Associates, P.C. | $ 0.00 | $ 0.00 | $ 0.00 |
| 57 | Fulton Realty Partners, Llc | $ 320,640.75 | $ 0.00 | $ 0.00 |
| 58a | New York State Department Of Taxation & Finance | $ 19,193.11 | $ 0.00 | $ 0.00 |
| 59 | Maidenbaum & Associates P.L.L.C. | $ 19,725.60 | $ 0.00 | $ 0.00 |
| 60 | Doe Jones & Company | $ 25,944.00 | $ 0.00 | $ 0.00 |
| 61 | Nys Dot Claims Bureau | $ 2,753.63 | $ 0.00 | $ 0.00 |
| 62 | Runway Tire Service Co., Inc. | $ 19,738.49 | $ 0.00 | $ 0.00 |
| 63 | Runway Tire Service Co., Inc. | $ 51,240.09 | $ 0.00 | $ 0.00 |
| 64 | New Jersey Turnpike Authority | $ 974.30 | $ 0.00 | $ 0.00 |
| 66 | Transfer New York | $ 0.00 | $ 0.00 | $ 0.00 |
| 67 | Richard Adelman | $ 1,100.00 | $ 0.00 | $ 0.00 |
| 68 | Ever Dixie Usa Ems Supply Co. | $ 191,179.01 | $ 0.00 | $ 0.00 |
| 71 | Apple Towing Co. Inc. | $ 60,520.00 | $ 0.00 | $ 0.00 |
| 73 | Patriarch Partners Agency Services, Llc | $ 35,090,492.76 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 74 | Patriarch Partners Management Group, LLC | $ 2,038,515.87 | $ 0.00 | $ 0.00 |
| 75 | ARK II CLO2001-1, LTD. | $ 1,077,966.97 | $ 0.00 | $ 0.00 |
| 76 | All Points B.U.S., Inc. | $ 19,627.73 | $ 0.00 | $ 0.00 |
| 77 | Arch Specialty Insurance Company | $ 244,260.70 | $ 0.00 | $ 0.00 |
| 78 | Hospitals Ins. Co. A/S/O Montefiore Medical Center | $ 0.00 | $ 0.00 | $ 0.00 |
| 79 | Dealmed Medical Supplies Llc. | $ 80,949.73 | $ 0.00 | $ 0.00 |
| 80 | Chidanand Ketwaroo | $ 0.00 | $ 0.00 | $ 0.00 |
| 81a | Nys Department Of Transportation | $ 2,478.63 | $ 0.00 | $ 0.00 |
| 82 | New York State Workers Compensation Board | $ 4,703,388.00 | $ 0.00 | $ 0.00 |
| 84 | Cavalry Investments, Llc | $ 1,660.14 | $ 0.00 | $ 0.00 |
| 85 | Zohar Funds | $ 33,143,891.04 | $ 0.00 | $ 0.00 |
| 86 | Credit Suisse | $ 7,581,102.25 | $ 0.00 | $ 0.00 |
| 87 | Ark Investment Partners II, L.P. | $ 2,917,226.53 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $653,809.29 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 31b Penalty | Department Of The Treasury | $      653,809.29 | $           0.00 | $             0.00 |

Total to be paid to subordinated unsecured creditors                     $                       0.00

Remaining Balance                                                                       $                       0.00

Prepared By: /s/ Salvatore LaMonica _____
Trustee

*SALVATORE LAMONICA*
*3305 JERUSALEM AVENUE*
*WANTAGH, NY 11793*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 8)*